UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NEXT FINANCIAL GROUP INC., | § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:18-CV-4652 |
| THE OHIO NATIONAL LIFE INSURANCE COMPANY, *et al.*, | § § § § | |
| Defendants. | | |

## ORDER

Before the Court are the Magistrate Court's Amended Memorandum and Recommendation filed September 3, 2019 (Doc. #32), Plaintiff's Objections (Doc. #30), Defendants' Objections (Doc. #31), Plaintiff's Response (Doc. #34), and Defendants' Response (Doc. #35).[1] The Magistrate Court's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Having considered the arguments and applicable law, this Court adopts the Amended Memorandum and Recommendation as this Court's Order.

It is so ORDERED.

**SEP 2 6 2019**

Date

The Honorable Alfred H. Bennett
United States District Judge

---

[1] Defendants also filed a Motion for Leave to File Reply Brief on September 17, 2019 (Doc. #37) and attached a reply in support of their initial objections (Doc. # 31) as an exhibit. Because the Court finds the parties' Objections and Responses are sufficient to adopt the Magistrate Court's Order, Defendants' Motion for Leave is DENIED.